IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02929-WYD-KLM

TODD M. JOHNSON,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion to Modify the Current Case Scheduling Order (Document 7)** [Docket No. 15; Filed June 27, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered March 7, 2012 [#7] is amended as follows:

- Initial Expert Designation    **September 10, 2012**
- Rebuttal Expert Designation    **October 30, 2012**

Dated:  July 2, 2012