IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.    11-cv-02929-WYD-KLM

TODD M. JOHNSON,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the Stipulation of Dismissal (ECF No. 18).   After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the case should be dismissed with prejudice.   Accordingly, it is

ORDERED that the Stipulation of Dismissal (ECF No. 18) is **APPROVED.**   This case is **DISMISSED WITH PREJUDICE**, with each party to pay its own attorney's fees and costs.

Dated:   September 10, 2012.

BY THE COURT:


s/ Wiley Y. Daniel_____
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE